**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BISHOP ELLERY SHAW, | ) | No. EDCV 07-392-ABC(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOHN F. SALAZAR (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: March 30, 2011

*Audrey B. Collins*
_____
AUDREY B. COLLINS
Chief United States District Judge